DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JAMES DAY SHANKLIN, III,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2022-4016

_____

June 7, 2024

Appeal from the Circuit Court for Pinellas County; Susan St. John,
Judge.

Howard L. Dimmig, II, Public Defender, and Robert D. Rosen, Assistant
Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and William C. Shelhart,
Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

    Affirmed.

KELLY, LaROSE, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.